IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DWAIN ROSS,

Appellant,

v.

Case No.  5D22-334
LT Case No. 05-2009-CF-027347-A

STATE OF FLORIDA,

Appellee.

_____/

Decision filed April 12, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Dwain Ross, Avon Park, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Kristen L. Davenport, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

AFFIRMED.


COHEN, EDWARDS and TRAVER, JJ., concur.